PER CURIAM.

(No. 74-CC-193—Claimant )

JOSEPH C. MOORE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed March 25, 1974.*

DYER, RICHMOND, MOORE & NELSON, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-KEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.